**FILED**

FEB 2 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO, | No. C 13-05046 HRL (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| OFFICER HITHE, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against an official at the Folsom State Prison in Represa, California. Plaintiff claims that Defendant was responsible "serious misconduct", including ordering an assault to take place at the prison. Because the acts complained of occurred in Sacramento County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 2/21/14

HOWARD R. LLOYD
United States Magistrate Judge

Order of Transfer
P:\PRO-SE\HRL\CR.13\05046Trujillo_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA



FILED

FEB 24 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

GUILLERMO CRUZ TRUJILLO,

    Plaintiff,

v.

OFFICER HITHE,

    Defendant.
_____/

Case Number: CV13-05046 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___2/24/2014___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guillermo Cruz Trujillo AA2974
C.S.A.T.F/Corcoran State Prison
P.O. Box 5246
Corcoran, CA 93212

Dated: __2/24/2014__

P Cronwell
Richard W. Wieking, Clerk