UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO, | No. 2:14-cv-00584 AC P |
| Plaintiff, | |
| v. | ORDER |
| HITHE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis, seeking relief pursuant to 42 U.S.C. § 1983. On September 4, 2014, this court screened plaintiff's Amended Complaint (ECF No. 12), and dismissed it with leave to amend within 28 days. ECF No. 26. Plaintiff has now filed a motion for an extension of time to file an amended complaint (ECF No. 31), together with a document entitled "Amended Motion" (ECF No. 32), which may be a motion to amend the complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's September 29, 2014 motion for an extension of time (ECF No. 31) is GRANTED;

2. Plaintiff is granted 30 days from the date of this order in which to file an amended complaint. If plaintiff files an amended complaint, he is ordered to entitle it "Second Amended

////

1  Complaint."

2      3.  Plaintiff's "Amended Motion" (ECF No. 32), construed to be a motion for leave to
3  amend the complaint, is DENIED as unnecessary, since the court has already granted plaintiff
4  leave to amend his complaint.

5  DATED: October 9, 2014

                                        */s/ Allison Claire*
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE