UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br> v.<br><br>HITHE, et al.,<br><br>    Defendants. | No. 2:14-cv-0584 AC P<br><br><br>ORDER |

  Plaintiff in this civil rights lawsuit under 42 U.S.C. § 1983 is a state prisoner proceeding pro se and in forma pauperis. Plaintiff has filed motions (1) to amend the complaint, and (2) for "default."

  For good cause shown, IT IS HEREBY ORDERED THAT:

  1. Plaintiff's motion to amend (ECF No. 35), is DENIED as unnecessary, since the court has already granted him leave to amend at ECF No. 34. Plaintiff's Second Amended Complaint will be screened pursuant to 28 U.S.C. § 1915A in due course.

  2. Plaintiff's motion for default (ECF No. 39) is DENIED as premature, since defendant has no obligation to respond to the complaint until it has survived screening.

DATED: January 26, 2015

              _____
              ALLISON CLAIRE
              UNITED STATES MAGISTRATE JUDGE