UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>HITHE, et al.,<br><br>        Defendants. | No. 2:14-cv-0584 JAM AC P<br><br><br>ORDER |

     Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

     Plaintiff has filed a request for permission to produce exhibits pursuant to Local Rule 138(d). ECF No. 77. There is no reason for the exhibits to be docketed at this time. To the extent plaintiff is attempting to respond to defendant Hithe's answer (ECF No. 75), the court has not ordered plaintiff to reply to defendant's answer and declines to make such an order. Furthermore, on December 21, 2016, the court issued a discovery and scheduling order. ECF No. 76. To the extent plaintiff is trying to respond to a discovery request from defendant Hithe, he needs to send his responses only to defendant's counsel, not to the court. See ECF No. 76 at 4. Plaintiff is advised not to submit exhibits unless they are in support of a motion or an opposition to a motion. Plaintiff is further advised that, if the case proceeds to trial, plaintiff will have the

////

1 opportunity to submit exhibits in order to prove each of the alleged facts that support the claims
2 raised in the lawsuit.  See id. at 1-2.
3     Accordingly, IT IS HEREBY ORDERED that plaintiff's request for permission to
4 produce exhibits (ECF No. 77) is denied.
5 DATED: January 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE