UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO, | No. 2:14-cv-0584 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| HITHE, et al., | |
| Defendants. | |

On March 9, 2017, defendant Hithe filed a motion to compel plaintiff's responses to defendant's first set of interrogatories pursuant to Federal Rule of Civil Procedure 37. ECF No. 79. On March 28, 2017, the court ordered plaintiff to respond to defendant's motion within thirty days from the date of the order. ECF No. 80. That same day, defendant Hithe filed a notice of withdrawal of his motion to compel, noting that counsel for defendant received plaintiff's responses to the discovery requests on or about March 24, 2017. ECF No. 81. Thus, plaintiff does not need to respond to defendant Hithe's motion to compel. Accordingly, IT IS HEREBY ORDERED that the order filed March 28, 2017 (ECF No. 80) is vacated.

DATED: March 30, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE